UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| FAIR HOUSING CENTER OF CENTRAL INDIANA, INC., | ) ) ) |
| Plaintiff, | ) ) |
| Vs. | ) )   CAUSE NO. 1:22-CV-00612-JPH-TAB ) |
| M&J MANAGEMENT COMPANY, LLC, d/b/a THE SEXTON COMPANIES; SEXTON CARLYLE LLC; REMINGTON COURT LLC; SEXTON WINDSOR, LLC, | ) ) ) ) ) ) |
| Defendants. | ) |

**ORDER ON DEFENDENTS' NOTICE OF ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

M&J Management Company, LLC d/b/a The Sexton Companies, Sexton Carlyle LLC; Remington Court LLC and Sexton Winsor, LLC (Defendants), by counsel, having filed their Motion for Enlargement of Time in which to respond to Plaintiff's Complaint (dKT. 8) and the Court having read said Motion and, being duly advised in this matter, now finds that this Motion should be GRANTED.

IT IS THEREFORE ORDERED that the time for the defendant to respond to Plaintiff's Complaint is extended for twenty-eight (28) days, to and including, May 20, 2022.

Date: 4/22/2022

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all counsel of record via CM/ECF.